**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| In re: RON WILLIAMS CONSTRUCTION, INC. | § | Case No. 16-21085 |
|---|---|---|
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Lucy G. Sikes, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: ***(without deducting any secured claims)*** | $35,930.04 | Assets Exempt: | N/A |
| Total Distributions to Claimants: | $2,119,222.66 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $272,764.74 | | |

3) Total gross receipts of $2,391,987.40 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,391,987.40 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,253,653.12 | $4,270,338.35 | $1,901,944.69 | $1,901,944.69 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $272,759.74 | $272,764.74 | $272,764.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $1.69 | $1.69 | $1.69 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $7,801,526.43 | $7,992,660.94 | $4,546,294.39 | $217,276.28 |
| **TOTAL DISBURSEMENTS** | $9,055,179.55 | $12,535,760.72 | $6,721,005.51 | $2,391,987.40 |

4) This case was originally filed under chapter 7 on 12/09/2016. The case was pending for 51 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/03/2021

By: /s/ Lucy G. Sikes
Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

## EXHIBITS TO
## FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account at Business First Bank , xxxxxx9601 | 1129-000 | $31,282.10 |
| Checking Account at Capital One , xxxxxx7801 | 1129-000 | $4,835.43 |
| Checking Account at Midsouth Bank , xxxxxx6693 | 1129-000 | $7,184.49 |
| Everest Property Insurance - Insurance Captive , 1.00% ownership, Valuation Method: Recent cost | 1129-000 | $2,739.00 |
| Insurance Loss Fund held by NCCI - Insurance Captive Value is Approximate | 1129-000 | $191,224.00 |
| Potential Claim against BP | 1129-000 | $2,085,256.00 |
| 2018 Tax refund | 1224-000 | $7,733.22 |
| 2019 Tax refund | 1224-000 | $3,869.57 |
| Preference Claim adverse Foundation Mat Services, LLC | 1241-000 | $10,000.00 |
| Supplemental settlement funds HESI-TransOcean | 1249-000 | $46,714.47 |
| Refund of court costs | 1290-000 | $183.92 |
| Unclaimed Funds from State of Louisiana | 1290-000 | $965.20 |
| **TOTAL GROSS RECEIPTS** | | **$2,391,987.40** |

*[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Business First Bank | 4110-000 | $1,253,653.12 | $1,256,471.87 | $1,001,944.69 | $1,001,944.69 |
| 3-1 | Tolunay-Wong Engineers, Inc. | 4220-000 | $0.00 | $98,817.00 | $0.00 | $0.00 |
| 12 | Brock Services, LLC | 4110-000 | NA | $2,421,702.68 | $900,000.00 | $900,000.00 |
| 16 | Whitney Bank c/o John A. Mouton, III | 4110-000 | NA | $328,378.36 | $0.00 | $0.00 |
| 21S | Deep South Crane & Rigging, LLC | 4110-000 | NA | $164,968.44 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | **$1,253,653.12** | **$4,270,338.35** | **$1,901,944.69** | **$1,901,944.69** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Lucy G. Sikes | 2100-000 | NA | $95,009.62 | $95,009.62 | $95,009.62 |
| Trustee, Expenses - Lucy G. Sikes | 2200-000 | NA | $1,264.26 | $1,264.26 | $1,264.26 |
| Bond Payments - Lucy G. Sikes | 2300-000 | NA | $99.08 | $99.08 | $99.08 |
| Administrative Rent - Tadlock, LLC | 2410-000 | NA | $2,762.42 | $2,767.42 | $2,767.42 |
| Costs to Secure/Maintain Property - WHITNEY BANK | 2420-000 | NA | $1,921.07 | $1,921.07 | $1,921.07 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $12,959.48 | $12,959.48 | $12,959.48 |
| Banking and Technology Service Fee - United Bank | 2600-000 | NA | $7,558.30 | $7,558.30 | $7,558.30 |
| Income Taxes - Internal Revenue Service (post-petition) - DEPARTMENT OF THE TREASURY | 2810-000 | NA | $16,463.00 | $16,463.00 | $16,463.00 |
| Income Taxes - Internal Revenue Service (post-petition) - State of Louisiana | 2810-000 | NA | $29,184.00 | $29,184.00 | $29,184.00 |
| Income Taxes - Internal Revenue Service (post-petition) - UNITED STATES TREASURY | 2810-000 | NA | $3,586.55 | $3,586.55 | $3,586.55 |
| Other State or Local Taxes (post-petition) - Louisiana Department of Revenue | 2820-000 | NA | $26.00 | $26.00 | $26.00 |
| Other Chapter 7 Administrative Expenses - Whitney Bank | 2990-000 | NA | $6,684.00 | $6,684.00 | $6,684.00 |
| Attorney for Trustee Fees (Other Firm) - John W. Luster | 3210-000 | NA | $23,837.00 | $23,837.00 | $23,837.00 |
| Special Counsel for Trustee Fees - Stockwell, Sievert, Viccellio, Clements & Shaddock, LLP | 3210-600 | NA | $62,052.00 | $62,052.00 | $62,052.00 |
| Attorney for Trustee Expenses (Other Firm) - John W. Luster | 3220-000 | NA | $997.43 | $997.43 | $997.43 |
| Special Counsel for Trustee Expenses - Stockwell, Sievert, Viccellio, Clements & Shaddock, LLP | 3220-610 | NA | $40.84 | $40.84 | $40.84 |
| Accountant for Trustee Fees (Other Firm) - Rozier Harrington and McKay, CPA | 3410-000 | NA | $3,677.00 | $3,677.00 | $3,677.00 |
| Special Accountant for Trustee Fees - McElroy, Quirk & Burch (APC) | 3410-580 | NA | $4,557.00 | $4,557.00 | $4,557.00 |

| | | | | | |
|---|---|---|---|---|---|
| Accountant for Trustee Expenses (Other Firm) - Rozier Harrington and McKay, CPA | 3420-000 | NA | $80.69 | $80.69 | $80.69 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$272,759.74** | **$272,764.74** | **$272,764.74** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13P | United States Courthouse - Internal Revenue Service | 5800-001 | NA | $1.69 | $1.69 | $1.69 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$1.69** | **$1.69** | **$1.69** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Stranco Services LLC | 7100-000 | $394,829.50 | $420,957.00 | $420,957.00 | $20,236.69 |
| 3-2 | Tolunay-Wong Engineers, Inc. | 7100-000 | $98,817.00 | $98,817.00 | $98,817.00 | $4,750.43 |
| 4 | National Trench Safety, LLC c/o Carol Stegemoller | 7100-000 | $9,387.35 | $7,341.42 | $7,341.42 | $352.92 |
| 5 | Blind Specialists, LLC | 7100-000 | $45,250.50 | $45,250.50 | $45,250.50 | $2,175.33 |
| 6 | Triple R Brothers LTDdba Ritter Forest Products | 7100-000 | $179,880.68 | $178,798.75 | $178,798.75 | $8,595.40 |
| 7 | Triple R Brothers LTDdba Ritter Forest Products | 7100-000 | NA | $1,081.93 | $1,081.93 | $52.01 |
| 8 | EXCEL Industrial Services, Inc. | 7100-000 | $11,570.00 | $11,570.00 | $11,570.00 | $556.20 |
| 9 | Badger Daylighting Corp. | 7100-000 | $142,302.21 | $142,482.21 | $142,482.21 | $6,849.55 |
| 10-1 | Williams Investment Group, LLC | 7100-000 | NA | $196,917.00 | $0.00 | $0.00 |
| 10-2 | Williams Investment Group, LLC | 7100-000 | $1,331,310.10 | $1,331,310.10 | $0.00 | $0.00 |
| 11 | Ron Williams | 7100-000 | $840,625.00 | $840,625.00 | $0.00 | $0.00 |
| 13U | Internal Revenue Service | 7300-000 | NA | $26,581.45 | $26,581.45 | $0.00 |
| 14 | B&B Ice, Inc. | 7100-000 | $33,173.18 | $32,786.80 | $32,786.80 | $1,576.16 |
| 15 | Performance Blasting & Coating | 7100-000 | $153,745.44 | $153,745.44 | $153,745.44 | $7,391.01 |
| 17 | Knife River Corporation - South c/o Shad Robinson HALEY & OLSON, P.C. | 7100-000 | $236,932.51 | $414,978.55 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | United Rentals (North America), Inc. | 7100-000 | $567,210.90 | $589,350.56 | $589,350.56 | $28,331.87 |
| 19 | TransCanada Keystone Pipeline, L.P. c/o David W. Elrod | 7100-000 | NA | $1,899,168.00 | $1,899,168.00 | $91,298.75 |
| 20 | Safway Services, LLC c/o Husch Blackwell LLP Attn: Patrick B. Howell | 7100-000 | $408,492.00 | $408,368.33 | $408,368.33 | $19,631.50 |
| 21U | Deep South Crane & Rigging, LLC | 7100-000 | $605,354.00 | $529,995.00 | $529,995.00 | $25,478.46 |
| 22-1 | Sunbelt Rentals, Inc. c/o Monica Orlando | 7200-000 | $284,293.95 | $331,267.95 | $0.00 | $0.00 |
| 22-2 | Sunbelt Rentals, Inc. c/o Monica Orlando | 7200-000 | $0.00 | $331,267.95 | $0.00 | $0.00 |
| N/F | Airgas On-site Safety Services | 7100-000 | $173,224.01 | NA | NA | NA |
| N/F | Associated Tool Specialities Co. | 7100-000 | $69,185.13 | NA | NA | NA |
| N/F | Brock Services, LLC | 7100-000 | $2,050,959.76 | NA | NA | NA |
| N/F | GulfCo Industrial Equipment | 7100-000 | $56,043.80 | NA | NA | NA |
| N/F | Rain for Rent | 7100-000 | $17,020.20 | NA | NA | NA |
| N/F | Tad lock, LLC | 7100-000 | $138.44 | NA | NA | NA |
| N/F | Team Industrial Services, Inc. | 7100-000 | $17,176.83 | NA | NA | NA |
| N/F | Triangle/Sprint Waste Solutions | 7100-000 | $52,434.40 | NA | NA | NA |
| N/F | United Rentals, Inc. | 7100-000 | $1,659.82 | NA | NA | NA |
| N/F | Universal Plant Services, Inc. | 7100-000 | $20,509.72 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$7,801,526.43** | **$7,992,660.94** | **$4,546,294.39** | **$217,276.28** |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases



**Case No.:** 16-21085
**Case Name:** RON WILLIAMS CONSTRUCTION, INC.

**For Period Ending:** 03/03/2021

**Trustee Name:** (380110) Lucy G. Sikes
**Date Filed (f) or Converted (c):** 12/09/2016 (f)
**§ 341(a) Meeting Date:** 04/06/2017
**Claims Bar Date:** 06/05/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at Business First Bank , xxxxxx9601 | 31,322.82 | 0.00 | | 31,282.10 | FA |
| 2 | Checking Account at Midsouth Bank , xxxxxx6693 | 7,184.49 | 0.00 | | 7,184.49 | FA |
| 3 | Checking Account at Capital One , xxxxxx7801 | 730.39 | 0.00 | | 4,835.43 | FA |
| 4* | A/R Over 90 days old. Face amount = $10930.04.Doubtful/Uncollectible accounts = $0. (See Footnote) | 10,930.04 | 10,930.04 | | 0.00 | FA |
| 5* | NCCI - Insurance Captive , 1.00% ownership, Valuation Method: Recent cost (See Footnote) | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 6* | Everest Property Insurance - Insurance Captive , 1.00% ownership, Valuation Method: Recent cost (See Footnote) | 3,000.00 | 3,000.00 | | 2,739.00 | FA |
| 7* | Net Operating Loss - $4,775 , Tax Year 2010<br>9/30/2017; Not sure this value exists for estate, will review with CPA. lgs (See Footnote) | 0.00 | Unknown | | 0.00 | FA |
| 8* | Net Operating Loss - $332,833 , Tax Year 2013<br>9/30/2017; Will review value with CPA. lgs (See Footnote) | 0.00 | Unknown | | 0.00 | FA |
| 9* | Net Operating Loss - $11,456,729 , Tax Year 2014<br>9/30/2017; Will review value with CPA. lgs (See Footnote) | 0.00 | Unknown | | 0.00 | FA |
| 10* | Potential Claim against BP (See Footnote) | 3,265,452.58 | 3,265,452.58 | | 2,085,256.00 | FA |
| 11* | Insurance Loss Fund held by NCCI - Insurance Captive Value is Approximate (See Footnote) | 800,000.00 | 800,000.00 | | 191,224.00 | FA |
| 12* | Preference Claim adverse Foundation Mat Services, LLC (u)<br>AP 17-2012 (See Footnote) | 39,176.63 | 39,176.63 | | 10,000.00 | FA |
| 13 | Unclaimed Funds from State of Louisiana (u) | 965.20 | 965.20 | | 965.20 | FA |
| 14 | Refund of court costs (u) | 183.92 | 183.92 | | 183.92 | FA |
| 15* | Supplemental settlement funds HESI-TransOcean (u)<br>Trustee authorized to receive per Docket #190 (See Footnote) | 46,714.47 | 46,714.47 | | 46,714.47 | FA |
| 16* | 2018 Tax refund (u)<br>03/15/2020 Value based on 2018 returns. lgs (See Footnote) | 7,650.00 | 7,650.00 | | 7,733.22 | FA |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases



**Case No.:** 16-21085
**Case Name:** RON WILLIAMS CONSTRUCTION, INC.

**For Period Ending:** 03/03/2021

**Trustee Name:** (380110) Lucy G. Sikes
**Date Filed (f) or Converted (c):** 12/09/2016 (f)
**§ 341(a) Meeting Date:** 04/06/2017
**Claims Bar Date:** 06/05/2017

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17* | 2019 Tax refund (u)<br>03/15/2020 Value based on 2019 returns. lgs (See Footnote) | 3,825.00 | 3,825.00 | | 3,869.57 | FA |
| **17** | **Assets Totals (Excluding unknown values)** | **$4,242,135.54** | **$4,202,897.84** | | **$2,391,987.40** | **$0.00** |

RE PROP# 4 9/30/2017; Uncollectible accounts. lgs

RE PROP# 5 9/30/2017; Claim is secured. lgs

RE PROP# 6 9/30/2017; Claim is secured. lgs

RE PROP# 7 9/30/2017; Will review with CPA to determine if value for estate. lgs

RE PROP# 8 9/30/2017; Will review with CPA to determine if value for estate. lgs

RE PROP# 9 9/30/2017; Will review with CPA to determine if value for estate. lgs

RE PROP# 10 9/30/2017; Asset recovered via settlement of claim. lgs

RE PROP# 11 9/30/2017; Claim is secured. lgs

RE PROP# 12 3/12/2018; Compromise of adversary pending. lgs

RE PROP# 15 8/7/2019; Awaiting receipt of funds from settlement administrator. lgs

RE PROP# 16 03/15/2020 Awaiting refund from IRS. lgs

RE PROP# 17 03/15/2020 Awaiting refund from IRS. lgs

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 16-21085
**Case Name:** RON WILLIAMS CONSTRUCTION, INC.

**For Period Ending:** 03/03/2021

**Trustee Name:** (380110) Lucy G. Sikes
**Date Filed (f) or Converted (c):** 12/09/2016 (f)
**§ 341(a) Meeting Date:** 04/06/2017
**Claims Bar Date:** 06/05/2017

**Major Activities Affecting Case Closing:**

12/11/2020 Called Badger Daylighting for an updated address to send distribution check; Spoke to Michelle, updated claim address and resent check to correct address. LLR
12/10/2020 Receipt and Review of mail: Returned distribution check re: Claim #9. LLR
12/04/2020 Mail returned distribution check to David W. Elrod re: Ron Williams Construction. LLR
12/01/2020 12/04/2020 Receipt and Review of mail re: Returned distribution check; Hold until I get an updated address. LLR
11/16/2020 Received Order of Distribution. lgs
10/01/2020 Amended TFR submitted. lgs
09/14/2020; Received final refund for estate; issued payments to CPA and attorney for estate. lgs
09/08/2020; Filed supplemental fee application for CPA. lgs
09/03/2020; Awaiting 2019 Tax refund from IRS. lgs
07/28/2020; Received inquiry from IRS regarding 2019 tax return/refund; completed response both regular mail and via facsimlie. lgs
07/16/2020 Received 2018 tax refund for deposit from US Treasury. LLR
06/17/2020; Check mailed to LDR for balance due; emailed CPA for outstanding fees to file fee app. lgs
3/15/2020; Mailing returns for filing with IRS and LDR; Motion to Pay Tax set for 4/9/2020. lgs
3/12/2020; CPA forwarding returns to LGS for filing. lgs
2/11/2020; CPA preparing returns, says that estate may be entitled to additional refunds. lgs
12/15/2019; Received payment from Everest Property Insurance, will return to Ron Williams per docket #118. lgs
12/1/2019; Received final payment from administrator. lgs
10/28/2019; Administrator advises money in process, a few more weeks away. lgs
10/24/2019; Still awaiting funds from supplemental settlement; follow up email to settlement administrator. lgs
5/3/2019; Received order authorizing additional funds from settlement to be disbursed to trustee (docket #190). Awaiting receipt of funds. lgs
2/18/2019; Check 1032 returned bad address; resending to updated address per email from creditor. lgs
2/12/2019; Received check 1021 back bad address, Stranco Services LLC. lgs
01/13/2019 Received Order of Distribution. lgs
12/18/2018 TFR submitted. lgs
11/13/2018; CPA fee app set for hearing 12/6/2018. lgs
9/17/2018; Reviewed attorney fee app; hearing to be held 11/7/2018. lgs
9/14/2018; Law firm to mail court cost refund to trustee. lgs
8/27/2018; Tax returns mailed to taxing authorities and Motion to Pay Tax filed; hearing pending 9/6/2018. lgs
6/14/2018; Consulted with CPA for returns. lgs
3/12/2018; Received partial payment for settlement of adversary 17-2012, preference claim. lgs
12/1/2017; Received payment for purchase of insurance stock from Ron Williams per compromise. lgs
11/22/2017; Received payment for dividend on captive insurance; awaiting further instruction from court regarding payment of dividend. lgs
9/29/2017; Possible resolution of lien ranking issues, awaiting final agreement and court approval by attorney J. Luster for estate. lgs
8/1/2017; Awaiting resolution of lien ranking regarding settlement funds recovered; investigating liquidation of captive insurance stock/deposits for possible liquidation for estate. lgs
6/16/17; Received settlement funds; deposited to estate account. lgs
6/1/17; Meeting with Ron Williams for inspection of old business records held in storage. lgs
4/11/17; Obtained approval of settlement of BP claim. lgs
3/24/17; Received deposit from Bank in Business; deposited. lgs
2/20/27; pending settlement of BP claim; request made to debtor's counsel for documents and outstanding bank balances. lgs

**Initial Projected Date Of Final Report (TFR):** 12/31/2019 **Current Projected Date Of Final Report (TFR):** 10/01/2020 (Actual)

# Form 1
# Individual Estate Property Record and Report
# Asset Cases



**Case No.:** 16-21085
**Case Name:** RON WILLIAMS CONSTRUCTION, INC.

**For Period Ending:** 03/03/2021

**Trustee Name:** (380110) Lucy G. Sikes
**Date Filed (f) or Converted (c):** 12/09/2016 (f)
**§ 341(a) Meeting Date:** 04/06/2017
**Claims Bar Date:** 06/05/2017

03/03/2021
Date

/s/Lucy G. Sikes
Lucy G. Sikes

# Form 2
# Cash Receipts And Disbursements Record



| | | | |
|---|---|---|---|
| **Case No.:** | 16-21085 | **Trustee Name:** | Lucy G. Sikes (380110) |
| **Case Name:** | RON WILLIAMS CONSTRUCTION, INC. | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** | **-***6459 | **Account #:** | ******2800 Checking |
| **For Period Ending:** | 03/03/2021 | **Blanket Bond (per case limit):** | $33,683,348.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/03/17 | {1} | Ron Williams Construction, Inc | Payment Bank Balance Payment Bank Balance | 1129-000 | 31,241.63 | | 31,241.63 |
| 03/03/17 | {2} | Ron Williams Construction, Inc | Payment of Bank Balance Payment of Bank Balance | 1129-000 | 7,184.49 | | 38,426.12 |
| 03/03/17 | {3} | Ron Williams Construction, Inc | Payment of Bank Balance Payment of Bank Balance | 1129-000 | 730.84 | | 39,156.96 |
| 03/15/17 | {3} | Ron Williams Construction, Inc | NSF check; deposit reversed by Bank | 1129-000 | -730.84 | | 38,426.12 |
| 03/24/17 | {1} | Business First Bank | For Closing Out Accounts | 1129-000 | 40.47 | | 38,466.59 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 51.94 | 38,414.65 |
| 04/03/17 | {3} | Ron Williams Construction, Inc | Capital One Bank balance | 1129-000 | 4,835.43 | | 43,250.08 |
| 04/28/17 | 101 | Whitney Bank | Payment of Bank Invoices per Order dated 04/27/2017 (Docket 66) | 2990-000 | | 6,684.00 | 36,566.08 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 57.36 | 36,508.72 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 61.92 | 36,446.80 |
| 06/14/17 | 102 | WHITNEY BANK | Per order dated 6/13/17 docket #88 | 2420-000 | | 1,921.07 | 34,525.73 |
| 06/16/17 | {10} | Claims Administrator | Settlement funds received per order docket 59 | 1129-000 | 2,085,256.00 | | 2,119,781.73 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 993.75 | 2,118,787.98 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,780.82 | 2,116,007.16 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 3,164.38 | 2,112,842.78 |
| 09/25/17 | 103 | Tadlock, LLC | Payment of storage expenses per court order docket 103 | 2410-000 | | 969.08 | 2,111,873.70 |
| 09/25/17 | 104 | McElroy, Quirk & Burch (APC) | Payment of fees per Order dated 9/12/2017 (docket 99) | 3410-580 | | 4,557.00 | 2,107,316.70 |
| 09/25/17 | 105 | Stockwell, Sievert, Viccellio, Clements & Shaddock, LLP | Payment of Special Counsel fees and expenses per order dated 9/12/2017 (docket 98) | | | 62,092.84 | 2,045,223.86 |
| | | Stockwell, Sievert, Viccellio, Clements & Shaddock, LLP | Payment of Special Counsel fees per order dated 9/12/2017 (docket 98) $62,052.00 | 3210-600 | | | |
| | | Stockwell, Sievert, Viccellio, Clements & Shaddock, LLP | Payment of Special Counsel expenses per order dated 9/12/2017 (docket 98) $40.84 | 3220-610 | | | |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,780.82 | 2,042,443.04 |
| 10/15/17 | 106 | Tadlock, LLC | Payment of storage fees per docket 103; invoice 10042017 | 2410-000 | | 276.88 | 2,042,166.16 |
| 10/15/17 | 107 | Tadlock, LLC | Payment of invoice 26199 per docket #103 | 2410-000 | | 138.44 | 2,042,027.72 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 3,068.49 | 2,038,959.23 |
| 11/02/17 | | Transfer to United Bank acct ********1531 | Transfer to United Bank acct XXXXXXXX1531 | 9999-000 | | 2,038,959.23 | 0.00 |
| | | | | **Page Subtotals:** | **$2,128,558.02** | **$2,128,558.02** | |

# Form 2

# Cash Receipts And Disbursements Record



| | | | |
|---|---|---|---|
| **Case No.:** | 16-21085 | **Trustee Name:** | Lucy G. Sikes (380110) |
| **Case Name:** | RON WILLIAMS CONSTRUCTION, INC. | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** | **-***6459 | **Account #:** | ******2800 Checking |
| **For Period Ending:** | 03/03/2021 | **Blanket Bond (per case limit):** | $33,683,348.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | **2,128,558.02** | **2,128,558.02** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 0.00 | 2,038,959.23 | |
| | | **Subtotal** | | | **2,128,558.02** | **89,598.79** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$2,128,558.02** | **$89,598.79** | |

# Form 2
# Cash Receipts And Disbursements Record

Exhibit 9


**Case No.:** 16-21085
**Case Name:** RON WILLIAMS CONSTRUCTION, INC.
**Taxpayer ID #:** **-***6459
**For Period Ending:** 03/03/2021

**Trustee Name:** Lucy G. Sikes (380110)
**Bank Name:** People's United Bank
**Account #:** ********1531 Checking Account
**Blanket Bond (per case limit):** $33,683,348.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/02/17 | | Transfer from Rabobank acct ******2800 | Transfer from Rabobank acct XXXXXX2800 | 9999-000 | 2,038,959.23 | | 2,038,959.23 |
| 11/22/17 | {11} | Scotia Bank | Payment of dividend from captive insurance policy | 1129-000 | 141,224.00 | | 2,180,183.23 |
| 11/30/17 | 1000 | Business First Bank | Payment of claim per Order Docket #118 | 4110-000 | | 900,000.00 | 1,280,183.23 |
| 11/30/17 | 1001 | Brock Services, LLC | Payment of claim per Order Docket #118 | 4110-000 | | 900,000.00 | 380,183.23 |
| 11/30/17 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 2,589.04 | 377,594.19 |
| 12/01/17 | {11} | Steffes, Vingelliello & McKenzie | Payment of NCCI offshore insurance stock per order Docket #118 | 1129-000 | 50,000.00 | | 427,594.19 |
| 12/03/17 | {6} | Scotiabank & Trust (Cayman) Limited | Payment of Dividend | 1129-000 | 2,739.00 | | 430,333.19 |
| 12/29/17 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 1,104.08 | 429,229.11 |
| 01/02/18 | 1002 | Lucy G. Sikes | Interim Trustee Compensation Per court order (docket 136) | 2100-000 | | 40,000.00 | 389,229.11 |
| 01/02/18 | 1003 | Tadlock, LLC | Payment of rental space per court order, docket 103. | 2410-000 | | 138.44 | 389,090.67 |
| 01/05/18 | 1004 | Tadlock, LLC | Payment of Invoice 26436 per Order docket 103 | 2410-000 | | 138.44 | 388,952.23 |
| 01/05/18 | 1005 | Business First Bank | Payment of dividends to secured creditor per Order docket #133 | 4110-000 | | 101,944.69 | 287,007.54 |
| 01/24/18 | 1006 | Tadlock, LLC | Invoice 26861; Payment of storage expense per docket #103 | 2410-000 | | 138.44 | 286,869.10 |
| 01/31/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 517.57 | 286,351.53 |
| 02/15/18 | 1007 | Tadlock, LLC | Invoice 27081; Payment of storage fees per order docket #103 | 2410-000 | | 138.44 | 286,213.09 |
| 02/28/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 384.36 | 285,828.73 |
| 03/12/18 | {12} | Ronald J Bertrand | Settlement funds AP 17-2012 | 1241-000 | 10,000.00 | | 295,828.73 |
| 03/30/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 419.75 | 295,408.98 |
| 04/11/18 | 1008 | Lucy G. Sikes | Reimbursement of pro-rated trustee bond premium per court order dated 03/02/2018 | 2300-000 | | 99.08 | 295,309.90 |
| 04/30/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 410.66 | 294,899.24 |
| 05/31/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 466.62 | 294,432.62 |
| 06/13/18 | 1009 | Tadlock, LLC | Payment of storage expense per docket #103 | 2410-000 | | 553.76 | 293,878.86 |
| 06/29/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 409.16 | 293,469.70 |
| 07/09/18 | 1010 | Tadlock, LLC | Payment of Invoice 28074 per court order Docket #103 | 2410-000 | | 137.75 | 293,331.95 |
| 07/31/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 450.13 | 292,881.82 |
| 08/26/18 | 1011 | Tadlock, LLC | Payment of Invoice 28269 per court order Docket #103 | 2410-000 | | 137.75 | 292,744.07 |

**Page Subtotals:** **$2,242,922.23** **$1,950,178.16**

# Form 2
# Cash Receipts And Disbursements Record



**Case No.:** 16-21085
**Case Name:** RON WILLIAMS CONSTRUCTION, INC.
**Taxpayer ID #:** **-***6459
**For Period Ending:** 03/03/2021

**Trustee Name:** Lucy G. Sikes (380110)
**Bank Name:** People's United Bank
**Account #:** ********1531 Checking Account
**Blanket Bond (per case limit):** $33,683,348.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/31/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 435.30 | 292,308.77 |
| 09/11/18 | 1012 | DEPARTMENT OF THE TREASURY | Payment of 2017 Federal Corporation Income Tax per returns TIN 72-1296456 | 2810-000 | | 16,463.00 | 275,845.77 |
| 09/11/18 | 1013 | State of Louisiana | Payment of Corporation and Franchise Tax per returns and Order docket #164 | 2810-000 | | 29,184.00 | 246,661.77 |
| 09/25/18 | {13} | Louisiana Department of the Treasury | Payment of Unclaimed Funds from State of Louisiana | 1290-000 | 965.20 | | 247,626.97 |
| 09/28/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 371.63 | 247,255.34 |
| 10/01/18 | {14} | H Lynn Jones, Clerk | Clerk of Court refund received from special counsel | 1290-000 | 183.92 | | 247,439.26 |
| 10/01/18 | 1014 | AVERY ARCHIVES, INC | Document destruction; per court order docket #169 Stopped on 12/12/2018 | 2420-000 | | 350.00 | 247,089.26 |
| 11/13/18 | 1015 | UNITED STATES TREASURY | Form 1120; TIN 90-1252556; for period ending 12/31/2017 (payment per docket #164) | 2810-000 | | 3,586.55 | 243,502.71 |
| 12/10/18 | 1016 | Rozier Harrington and McKay, CPA | Payment of fees and expenses per order docket #177 | | | 2,905.51 | 240,597.20 |
| | | Rozier Harrington and McKay, CPA | Accountant fees $2,860.00 | 3410-000 | | | |
| | | Rozier Harrington and McKay, CPA | Accountant expenses $45.51 | 3420-000 | | | |
| 12/12/18 | 1014 | AVERY ARCHIVES, INC | Document destruction; per court order docket #169 Stopped: check issued on 10/01/2018 | 2420-000 | | -350.00 | 240,947.20 |
| 01/13/19 | 1017 | John W. Luster | Distribution payment - Dividend paid at 100.00% of $997.43; Claim # ADMIN; Filed: $997.43 Stopped on 01/28/2019 | 3220-000 | | 997.43 | 239,949.77 |
| 01/13/19 | 1018 | John W. Luster | Distribution payment - Dividend paid at 100.00% of $22,847.00; Claim # ADMIN; Filed: $22,847.00 Stopped on 01/28/2019 | 3210-000 | | 22,847.00 | 217,102.77 |
| 01/13/19 | 1019 | Lucy G. Sikes | Combined trustee compensation & expense dividend payments. | | | 54,381.91 | 162,720.86 |
| | | Lucy G. Sikes | Claims Distribution - Fri, 12-14-2018 $53,260.10 | 2100-000 | | | |
| | | Lucy G. Sikes | Claims Distribution - Fri, 12-14-2018 $1,121.81 | 2200-000 | | | |
| 01/13/19 | 1020 | United States Courthouse | Combined small dividends. | 5800-001 | | 1.69 | 162,719.17 |
| 01/13/19 | 1021 | Stranco Services LLC | Distribution payment - Dividend paid at 3.60% of $420,957.00; Claim # 1; Filed: $420,957.00 Voided on 02/12/2019 | 7100-000 | | 15,155.35 | 147,563.82 |
| 01/13/19 | 1022 | Tolunay-Wong Engineers, Inc. | Distribution payment - Dividend paid at 3.60% of $98,817.00; Claim # 3-2; Filed: $98,817.00 | 7100-000 | | 3,557.62 | 144,006.20 |

**Page Subtotals:** **$1,149.12** **$149,886.99**

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 16-21085 | **Trustee Name:** | Lucy G. Sikes (380110) |
| **Case Name:** | RON WILLIAMS CONSTRUCTION, INC. | **Bank Name:** | People's United Bank |
| **Taxpayer ID #:** | **-***6459 | **Account #:** | ********1531 Checking Account |
| **For Period Ending:** | 03/03/2021 | **Blanket Bond (per case limit):** | $33,683,348.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/13/19 | 1023 | National Trench Safety, LLC c/o Carol Stegemoller | Distribution payment - Dividend paid at 3.60% of $7,341.42; Claim # 4; Filed: $7,341.42 | 7100-000 | | 264.31 | 143,741.89 |
| 01/13/19 | 1024 | Blind Specialists, LLC | Distribution payment - Dividend paid at 3.60% of $45,250.50; Claim # 5; Filed: $45,250.50 | 7100-000 | | 1,629.11 | 142,112.78 |
| 01/13/19 | 1025 | Triple R Brothers LTDdba Ritter Forest Products | Distribution payment - Dividend paid at 3.60% of $178,798.75; Claim # 6; Filed: $178,798.75 | 7100-000 | | 6,437.13 | 135,675.65 |
| 01/13/19 | 1026 | Triple R Brothers LTDdba Ritter Forest Products | Distribution payment - Dividend paid at 3.60% of $1,081.93; Claim # 7; Filed: $1,081.93 | 7100-000 | | 38.95 | 135,636.70 |
| 01/13/19 | 1027 | EXCEL Industrial Services, Inc. | Distribution payment - Dividend paid at 3.60% of $11,570.00; Claim # 8; Filed: $11,570.00 | 7100-000 | | 416.54 | 135,220.16 |
| 01/13/19 | 1028 | Badger Daylighting Corp. | Distribution payment - Dividend paid at 3.60% of $142,482.21; Claim # 9; Filed: $142,482.21 | 7100-000 | | 5,129.66 | 130,090.50 |
| 01/13/19 | 1029 | B&B Ice, Inc. | Distribution payment - Dividend paid at 3.60% of $32,786.80; Claim # 14; Filed: $32,786.80 | 7100-000 | | 1,180.39 | 128,910.11 |
| 01/13/19 | 1030 | Performance Blasting & Coating | Distribution payment - Dividend paid at 3.60% of $153,745.44; Claim # 15; Filed: $153,745.44 | 7100-000 | | 5,535.16 | 123,374.95 |
| 01/13/19 | 1031 | United Rentals (North America), Inc. | Distribution payment - Dividend paid at 3.60% of $589,350.56; Claim # 18; Filed: $589,350.56 | 7100-000 | | 21,217.86 | 102,157.09 |
| 01/13/19 | 1032 | TransCanada Keystone Pipeline, L.P. c/o David W. Elrod | Distribution payment - Dividend paid at 3.60% of $1,899,168.00; Claim # 19; Filed: $1,899,168.00 | 7100-000 | | 68,374.04 | 33,783.05 |
| 01/13/19 | 1033 | Safway Services, LLC c/o Husch Blackwell LLP Attn: Patrick B. Howell | Distribution payment - Dividend paid at 3.60% of $408,368.33; Claim # 20; Filed: $408,368.33 | 7100-000 | | 14,702.12 | 19,080.93 |
| 01/13/19 | 1034 | Deep South Crane & Rigging, LLC | Distribution payment - Dividend paid at 3.60% of $529,995.00; Claim # 21U; Filed: $529,995.00 | 7100-000 | | 19,080.93 | 0.00 |
| 01/28/19 | 1017 | John W. Luster | Distribution payment - Dividend paid at 100.00% of $997.43; Claim # ADMIN; Filed: $997.43 Stopped: check issued on 01/13/2019 | 3220-000 | | -997.43 | 997.43 |
| 01/28/19 | 1018 | John W. Luster | Distribution payment - Dividend paid at 100.00% of $22,847.00; Claim # ADMIN; Filed: $22,847.00 Stopped: check issued on 01/13/2019 | 3210-000 | | -22,847.00 | 23,844.43 |
| 01/29/19 | 1035 | John W. Luster | Payment of Fees and Expenses per docket #172 | | | 23,844.43 | 0.00 |
| | | John W. Luster | Attorney expenses $997.43 | 3220-000 | | | |
| | | John W. Luster | Attorney fees $22,847.00 | 3210-000 | | | |
| 02/12/19 | 1021 | Stranco Services LLC | Distribution payment - Dividend paid at 3.60% of $420,957.00; Claim # 1; Filed: $420,957.00 Voided: check issued on 01/13/2019 | 7100-000 | | -15,155.35 | 15,155.35 |

| | | |
|---|---|---|
| **Page Subtotals:** | **$0.00** | **$128,850.85** |

# Form 2
# Cash Receipts And Disbursements Record



**Case No.:** 16-21085
**Case Name:** RON WILLIAMS CONSTRUCTION, INC.
**Taxpayer ID #:** **-***6459
**For Period Ending:** 03/03/2021

**Trustee Name:** Lucy G. Sikes (380110)
**Bank Name:** People's United Bank
**Account #:** ********1531 Checking Account
**Blanket Bond (per case limit):** $33,683,348.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/11/19 | 1036 | Stranco Services LLC | Distribution payment on claim #1, per Order of Distribution Docket Number #185 | 7100-000 | | 15,155.35 | 0.00 |
| 12/01/19 | {15} | HESI Transocean Assigned Claims Combined Settlements Fund | Final Payment of Settlement BP/Deepwater Horizon Economic & Property Damages Settlement per docket #190 | 1249-000 | 46,714.47 | | 46,714.47 |
| 02/05/20 | | Transition transfer debit | Transition transfer debit | 9999-000 | | 46,714.47 | 0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **2,290,785.82** | **2,290,785.82** | **$0.00** |
| Less: Bank Transfers/CDs | 2,038,959.23 | 46,714.47 | |
| **Subtotal** | **251,826.59** | **2,244,071.35** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$251,826.59** | **$2,244,071.35** | |

# Form 2

## Cash Receipts And Disbursements Record



| | | | |
|---|---|---|---|
| **Case No.:** | 16-21085 | **Trustee Name:** | Lucy G. Sikes (380110) |
| **Case Name:** | RON WILLIAMS CONSTRUCTION, INC. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***6459 | **Account #:** | ******0245 Checking Account |
| **For Period Ending:** | 03/03/2021 | **Blanket Bond (per case limit):** | $33,683,348.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/05/20 | | Transfer Credit from United Bank acct ********1531 | Transition Credit from United Bank acct XXXXXXXX1531 | 9999-000 | 46,714.47 | | 46,714.47 |
| 06/17/20 | 1137 | Louisiana Department of Revenue | Payment of estate taxes per order, docket #195 | 2820-000 | | 26.00 | 46,688.47 |
| 07/16/20 | {16} | United States Treasury | 07/16/2020 Received 2019 tax refund for deposit from US Treasury. LLR | 1224-000 | 7,733.22 | | 54,421.69 |
| 09/14/20 | {17} | United States Treasury | 12/2019 Tax refund from IRS | 1224-000 | 3,869.57 | | 58,291.26 |
| 09/14/20 | 1138 | John W. Luster | Payment of attorney fees per docket #200. | 3210-000 | | 990.00 | 57,301.26 |
| 09/14/20 | 1139 | Rozier Harrington and McKay, CPA | CPA fees and expenses per docket #199 | | | 852.18 | 56,449.08 |
| | | Rozier Harrington and McKay, CPA | CPA Fees $817.00 | 3410-000 | | | |
| | | Rozier Harrington and McKay, CPA | CPA Expenses $35.18 | 3420-000 | | | |
| 11/16/20 | 1140 | Lucy G. Sikes | Combined trustee compensation & expense dividend payments. | | | 1,891.97 | 54,557.11 |
| | | Lucy G. Sikes | Claims Distribution - Tue, 09-15-2020 $1,749.52 | 2100-000 | | | |
| | | Lucy G. Sikes | Claims Distribution - Tue, 09-15-2020 $142.45 | 2200-000 | | | |
| 11/16/20 | 1141 | Stranco Services LLC | Distribution payment - Dividend paid at 1.21% of $420,957.00; Claim # 1; Filed: $420,957.00 | 7100-000 | | 5,081.34 | 49,475.77 |
| 11/16/20 | 1142 | Tolunay-Wong Engineers, Inc. | Distribution payment - Dividend paid at 1.21% of $98,817.00; Claim # 3-2; Filed: $98,817.00 | 7100-000 | | 1,192.81 | 48,282.96 |
| 11/16/20 | 1143 | National Trench Safety, LLC c/o Carol Stegemoller | Distribution payment - Dividend paid at 1.21% of $7,341.42; Claim # 4; Filed: $7,341.42 | 7100-000 | | 88.61 | 48,194.35 |
| 11/16/20 | 1144 | Blind Specialists, LLC | Distribution payment - Dividend paid at 1.21% of $45,250.50; Claim # 5; Filed: $45,250.50 | 7100-000 | | 546.22 | 47,648.13 |
| 11/16/20 | 1145 | Triple R Brothers LTDdba Ritter Forest Products | Distribution payment - Dividend paid at 1.21% of $178,798.75; Claim # 6; Filed: $178,798.75 | 7100-000 | | 2,158.27 | 45,489.86 |
| 11/16/20 | 1146 | Triple R Brothers LTDdba Ritter Forest Products | Distribution payment - Dividend paid at 1.21% of $1,081.93; Claim # 7; Filed: $1,081.93 | 7100-000 | | 13.06 | 45,476.80 |
| 11/16/20 | 1147 | EXCEL Industrial Services, Inc. | Distribution payment - Dividend paid at 1.21% of $11,570.00; Claim # 8; Filed: $11,570.00 | 7100-000 | | 139.66 | 45,337.14 |
| 11/16/20 | 1148 | Badger Daylighting Corp. | Distribution payment - Dividend paid at 1.21% of $142,482.21; Claim # 9; Filed: $142,482.21 | 7100-000 | | 1,719.89 | 43,617.25 |
| 11/16/20 | 1149 | B&B Ice, Inc. | Distribution payment - Dividend paid at 1.21% of $32,786.80; Claim # 14; Filed: $32,786.80 | 7100-000 | | 395.77 | 43,221.48 |
| 11/16/20 | 1150 | Performance Blasting & Coating | Distribution payment - Dividend paid at 1.21% of $153,745.44; Claim # 15; Filed: $153,745.44 | 7100-000 | | 1,855.85 | 41,365.63 |

**Page Subtotals:** **$58,317.26** **$16,951.63**

# Form 2
# Cash Receipts And Disbursements Record



**Case No.:** 16-21085
**Case Name:** RON WILLIAMS CONSTRUCTION, INC.
**Taxpayer ID #:** **-***6459
**For Period Ending:** 03/03/2021

**Trustee Name:** Lucy G. Sikes (380110)
**Bank Name:** Metropolitan Commercial Bank
**Account #:** ******0245 Checking Account
**Blanket Bond (per case limit):** $33,683,348.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/16/20 | 1151 | United Rentals (North America), Inc. | Distribution payment - Dividend paid at 1.21% of $589,350.56; Claim # 18; Filed: $589,350.56 | 7100-000 | | 7,114.01 | 34,251.62 |
| 11/16/20 | 1152 | TransCanada Keystone Pipeline, L.P. c/o David W. Elrod | Distribution payment - Dividend paid at 1.21% of $1,899,168.00; Claim # 19; Filed: $1,899,168.00 | 7100-000 | | 22,924.71 | 11,326.91 |
| 11/16/20 | 1153 | Safway Services, LLC c/o Husch Blackwell LLP Attn: Patrick B. Howell | Distribution payment - Dividend paid at 1.21% of $408,368.33; Claim # 20; Filed: $408,368.33 | 7100-000 | | 4,929.38 | 6,397.53 |
| 11/16/20 | 1154 | Deep South Crane & Rigging, LLC | Distribution payment - Dividend paid at 1.21% of $529,995.00; Claim # 21U; Filed: $529,995.00 | 7100-000 | | 6,397.53 | 0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **58,317.26** | **58,317.26** | **$0.00** |
| Less: Bank Transfers/CDs | 46,714.47 | 0.00 | |
| **Subtotal** | **11,602.79** | **58,317.26** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$11,602.79** | **$58,317.26** | |

# Form 2
# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 16-21085 | **Trustee Name:** | Lucy G. Sikes (380110) |
| **Case Name:** | RON WILLIAMS CONSTRUCTION, INC. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***6459 | **Account #:** | ******0245 Checking Account |
| **For Period Ending:** | 03/03/2021 | **Blanket Bond (per case limit):** | $33,683,348.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $2,391,987.40 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $2,391,987.40 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2800 Checking | $2,128,558.02 | $89,598.79 | $0.00 |
| ********1531 Checking Account | $251,826.59 | $2,244,071.35 | $0.00 |
| ******0245 Checking Account | $11,602.79 | $58,317.26 | $0.00 |
| | **$2,391,987.40** | **$2,391,987.40** | **$0.00** |

03/03/2021
Date

/s/Lucy G. Sikes
Lucy G. Sikes